# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA50 | E 1100105 | Harris | 4191 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/18/2024 | 18 USC 1361 |

Place of Offense: Bedford MA

Offense Description: Factual Basis for Charge — HAZMAT ☐
Malicious mischief of government property or contracts

### DEFENDANT INFORMATION

Last Name: Donnelly
First Name: Nathan
M.I.: T

Street Address: [redacted]

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____
                        Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1100105*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/17/2025 15:56

CVB SCAN 03/17/2025 15:56

Location Code: MA50

Citation Number: E1100105

### Probable Cause Statement

On Friday, October 18, 2024, I was assigned to interior patrol in marked unit 2 for the 0600-1800 shift. At approximately 1055 hours, I was dispatched to a call at building T-19 reporting vandalism. I met with the reporting parties, Engineer Robert McCusker and Electrician Supervisor Stephen Reagan.

Reagan said Electrician Nathan Donnelly, had been assigned a task yesterday at approximately 1800 hours, to fix the lighting to the building that's been damaged upon starting his shift today. Donnelly directly reports to Reagan, receiving assigned tasks for his shift. At approximately 1000 hours, Reagan saw Donnelly walking adjacent to the work area eating. Reagan asked him whether the lights were on in T-19. Donnelly said he forgot about it. Reagan left the area, returning around 1035 hours, seeing visible damage to the door and window, as well as items thrown around inside. Donnelly had left the area.

USRO Beau Gramz arrived, he said prior to leaving yesterday, all the items scattered everywhere were neatly placed in the area where Donnelly was supposed to be working including a fiber optic scope used to clean sewer lines. I requested a list of any items broken or damaged. After clearing the scene, I placed a call to Donnelly, leaving a message.

At approximately 1145 hours, I spoke with Bob McCusker who said Donnelly had been in building 80 yelling at employees.

At approximately 1240 hours, I spoke with Donnelly by phone. He was still on property, awaiting a ride from his wife due to a back injury. Concerned for his safety, I asked if he was alright based on everything that had happened today. He said "NO, I threw out my back." I asked what happened, he said he threw all the items out of his work area "because Reagan couldn't get it all moved". When asked about the door, he said "Yea, I kicked it, I don't have a key for the building."Reagan said Donnelly currently has a DGM key for access to T-19, and the door appears to have been kicked from the inside. Donnelly went down to safety to complain about the work order not getting fulfilled (witness accounts say he was extremely vulgar, yelling at employees, causing alarm and fear throughout the area).

Donnelly has been issued a USDCVN (E1100105) mailed to his residence on record, with the following charge: USC 1361,Malicious mischief of government property or contracts

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/18/2024
Date

*Anthony Harris*
Officer's Signature